## In re NEW YORK ECONOMICAL PRINTING CO.

(Circuit Court of Appeals, Second Circuit. February 7, 1901.)

BANKRUPTCY—PETITION FOR REVIEW—DISMISSAL.

Neither the statute nor the rules limit the time within which a petition for review in bankruptcy should be filed, and hence, if there has been no unreasonable delay, a motion to dismiss the same will be denied.

Motion to dismiss petition for review in bankruptcy, made on ground that same had not been taken within 10 days, under section 25 of the bankruptcy act.

Almet R. Larson, for petitioner.

Root, Howard, Winship & Stimson, opposed.

Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. Neither the statute nor the rules limit the time within which a petition for review in bankruptcy should be filed. We do not think there has been any unreasonable delay in this case, and therefore deny the motion to dismiss. A new rule of this court will control future applications for review.